SHAWN N. ANDERSON
United States Attorney
ALBERT S. FLORES, JR.
Assistant United States Attorney
P.O. Box 500377
United States Courthouse, Second Floor
Saipan, MP 96950
TEL: (670) 236-2980
FAX: (670) 236-2985

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KELVIN CABRERA SANCHEZ,<br><br>Defendant. | Criminal Case No. CR-25-00015<br><br>**INDICTMENT**<br><br>**Count One:**<br>Distribution of Methamphetamine within 1,000 feet of a Secondary School<br>21 U.S.C. §§ 841(a)(1), 860(a)<br><br>**Count Two:**<br>Distribution of Five Grams or more of Methamphetamine within 1,000 feet of an Elementary School<br>21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), 860(a)<br><br>**Criminal Forfeiture Allegation:**<br>21 U.S.C. § 853 |

FILED
Clerk
District Court
OCT 30 2025
for the Northern Mariana Islands
By _____ (Deputy Clerk)

THE GRAND JURY CHARGES THAT:

**Introduction**

At all times material to this Indictment:

1. Francisco M. Sablan Middle School, commonly known as San Antonio Middle School, is located in the Commonwealth of the Northern Mariana Islands (CNMI) on the island of Saipan in San Antonio Village. This is a secondary school that is part of the CNMI Public School System,

INDICTMENT - 1

serving students in sixth, seventh, and eighth grades. The school is located on Sagamilon Street with approximate geolocational coordinates of 15°07'51.9"N 145°41'37.1"E.

2. Saipan Community School, commonly known as SCS, is located in the CNMI on the island of Saipan in Susupe Village. This is a private Christian school, serving students in kindergarten through eighth grade. The school is located on Beach Road, with approximate geolocational coordinates of 15°09'12.9"N 145°42'03.5"E.

**Count One:**
Distribution of Methamphetamine
within 1,000 feet of a Secondary School
21 U.S.C. §§ 841(a)(1), 860(a)

3. The allegation in paragraph one is re-alleged and incorporated as if fully set forth herein.

4. On or about April 1, 2025, in the District of the Northern Mariana Islands, Defendant, **KELVIN CABRERA SANCHEZ,** knowingly distributed methamphetamine, a Schedule II controlled substance, within one-thousand feet of the real property comprising San Antonio Middle School.

5. In violation of Title 21, United States Code, Sections 841(a)(1), 860(a).

**Count Two:**
Distribution of Five Grams or more of Methamphetamine
within 1,000 feet of an Elementary School
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), 860(a)

6. The allegation in paragraph two is re-alleged and incorporated as if fully set forth herein.

7. On or about April 25, 2025, in the District of the Northern Mariana Islands, Defendant, **KELVIN CABRERA SANCHEZ,** knowingly distributed five grams or more of methamphetamine, a Schedule II controlled substance, within one-thousand feet of the real property comprising Saipan Community School.

8. In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(viii), 860(a).

## Criminal Forfeiture Allegation

9. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

10. Upon conviction of the controlled substance offenses alleged in Counts One and Two of this Indictment, Defendant, **KELVIN CABRERA SANCHEZ** shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds that Defendant obtained, directly or indirectly, as the result of such offense, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, including but not limited to the following:

### Automobiles

a. Vehicles used by Defendant to deliver persons, methamphetamine, or narcotics paraphernalia used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses alleged in Counts One and Two.

### Money Judgment:

b. Money judgment equal to the proceeds derived from the offenses alleged in Counts One and Two, or representing the amount of monies used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses.

11. If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

Dated this 30th day of October 2025.

A TRUE BILL.

Signature of foreperson has been **REDACTED** pursuant to the Privacy Policy of the Judicial Conference of the United States.

Foreperson

SHAWN N. ANDERSON
United States Attorney

By: _____
ALBERT S. FLORES, JR.
Assistant United States Attorney

INDICTMENT - 4